UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| MICHAEL RIDEAUX, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO.   C05-2100-RSL |
| | ) | |
| v. | ) | |
| | ) | |
| REED HOLTGEERTS, *et al.*, | ) | ORDER DENYING PLAINTIFF'S |
| | ) | MOTION FOR PRELIMINARY |
| Defendants. | ) | INJUNCTIVE RELIEF |
| _____ | ) | |

The Court, having reviewed plaintiff's civil rights complaint, plaintiff's motion for preliminary injunctive relief, the Report and Recommendation of Judge James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Plaintiff's motion for preliminary injunctive relief (Dkt. No. 16) is DENIED.

(3) The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to the Honorable James P. Donohue.

DATED this 12th day of October, 2006.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER