UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL RIDEAUX,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>REED HOLTGEERTS, *et al.*,<br><br>　　　　Defendants. | Case No. C05-2100-RSL-JPD<br><br>ORDER RE-NOTING CROSS-MOTIONS<br>FOR SUMMARY JUDGMENT |

　　　　This is a *pro se* civil rights action under 42 U.S.C. § 1983. On June 21, 2006, this Court issued an Order in which it directed that the parties' pending cross-motions for summary judgment be stricken from the Court's calendar. (Dkt. No. 29.) The Court advised the parties that the motions would be re-noted for consideration once legal access issues raised by plaintiff had been resolved. (*Id.*) It appears from the record that the legal access issues have now been resolved.

　　　　Accordingly, the Court does hereby ORDER as follows:

　　　　(1)　　The parties' cross-motions for summary judgment (Dkt. Nos. 17 and 27) are RE-NOTED on the Court's calendar for consideration on *November 17, 2006*. Any reply briefs must be filed and served by that date.

ORDER RE-NOTING CROSS-MOTIONS
FOR SUMMARY JUDGMENT - 1

1       (2)     The Clerk is directed to send copies of this Order to plaintiff, to counsel for
2  defendants, and to the Honorable Robert S. Lasnik.
3       DATED this 30th day of October, 2006.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

ORDER RE-NOTING CROSS-MOTIONS
FOR SUMMARY JUDGMENT - 2