UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| MICHAEL RIDEAUX, | ) | CASE NO. C05-2100-RSL |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER DENYING PLAINTIFF'S |
| v. | ) | MOTION FOR SUMMARY |
| | ) | JUDGMENT, GRANTING |
| REED HOLTGEERTS, et al., | ) | DEFENDANT'S MOTION FOR |
| | ) | SUMMARY JUDGMENT, AND |
| Defendants. | ) | DISMISSING ACTION |
| _____ | ) | |

The Court, having reviewed plaintiff's civil rights complaint, plaintiff's motion for summary judgment, defendant's cross-motion for summary judgment, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Plaintiff's motion for summary judgment (Dkt. No. 17) is DENIED.

(3) Defendants' motion for summary judgment (Dkt. No. 27) is GRANTED.

(4) Plaintiff's complaint and this action are DISMISSED with prejudice.

(5) The Clerk is directed to send copies of this Order to plaintiff, to counsel for

ORDER
PAGE -1

defendants, and to the Honorable James P. Donohue.

DATED this 3rd day of August, 2007.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER
PAGE -2